THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATLE

| | |
|---|---|
| YACOUBA DIARRA,<br><br>    Plaintiff,<br>vs.<br><br>COASTAL ALASKA PREMIER SEAFOODS, LLC, AND F/V DEEP PACIFIC LLC, IN PERSONAM; THE F/V DEEP PACIFIC, OFFICIAL NUMBER 640128, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM,<br><br>    Defendants. | Case No. 2:19-cv-01070-RSL<br><br>AT LAW AND IN ADMIRALTY<br><br>STIPULATION FOR FILING AMENDED COMPLAINT |

COME NOW the parties, by and through their respective counsel of record, to stipulate as follows

That an Amended Complaint, copy attached hereto, may be filed in this case to drop two in personam defendants and add a different one.

Respectfully submitted this 25th day of October, 2019.

LAW OFFICE OF JOHN MERRIAM

By: /s/ John W. Merriam
John W. Merriam, WSBA #12749
4005 20th Avenue West, Suite 110
Seattle, WA 98199

HOLMES WEDDLE & BARCOTT, P.C.

By: /s/ Michael A. Barcott (per email authority)
Michael A. Barcott, WSBA #13317
By: /s/ Daniel Barcott (per email authority)
Michael A. Barcott, WSBA #50282

STIPULATION FOR FILING AMENDED COMPLAINT - 1
CASE NO. 2:19-cv-01070-RSL

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington 98199
T (206) 729-5252 ♦ F (206) 729-1012

Telephone: (206) 729-5252
Fax: (206) 729-1012
Email: john@merriam-maritimelaw.com
*Attorney for Plaintiff Yacouba Diarra*

999 Third Avenue, Suite 2600
Seattle, WA 98104
Telephone: (206) 292-8008
Fax: (206) 340-0289
Email: mbarcott@hwb-law.com
Email: dbarcott@hwb-law.com
*Attorneys for Defendants Coastal Alaska Premier Seafoods, LLC, and F/V Deep Pacific LLC*

## ORDER

Pursuant to Fed. R. Civ. P. 15(a)(2) and stipulation by the parties, the Clerk is directed to file the attached Amended Complaint.

DONE this 30th day of October, 2019.

_____
ROBERT S. LASNIK
United States District Judge

*Presented By:*

LAW OFFICE OF JOHN MERRIAM

By: /s/ John W. Merriam
John W. Merriam, WSBA #12749
4005 20th Avenue West, Suite 110
Seattle, WA 98199
Telephone: (206) 729-5252
Fax: (206) 729-1012
Email: john@merriam-maritimelaw.com
*Attorney for Plaintiff Yacouba Diarra*

STIPULATION FOR FILING AMENDED COMPLAINT - 2
CASE NO. 2:19-cv-01070-RSL

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington 98199
T (206) 729-5252 ♦ F (206) 729-1012