THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATLE

| | |
|---|---|
| YACOUBA DIARRA,<br><br>　　　　Plaintiff,<br>vs.<br><br>COASTAL ALASKA PREMIER SEAFOODS, LLC, AND F/V DEEP PACIFIC LLC, IN PERSONAM; THE F/V DEEP PACIFIC, OFFICIAL NUMBER 640128, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM,<br><br>　　　　Defendants. | Case No. 2:19-cv-01070-RSL<br><br>AT LAW AND IN ADMIRALTY<br><br>**STIPULATION FOR FILING SECOND AMENDED COMPLAINT** |

COME NOW the parties, by and through their respective counsel of record, to stipulate as follows

That a Second Amended Complaint, copy attached hereto, may be filed in this case to correct the date of injury in paragraph 7 to October 26, 2016.

Respectfully submitted this 11th day of December, 2019.

| | |
|---|---|
| LAW OFFICE OF JOHN MERRIAM | HOLMES WEDDLE & BARCOTT, P.C. |
| By: /s/ John W. Merriam<br>John W. Merriam, WSBA #12749<br>4005 20th Avenue West, Suite 110<br>Seattle, WA  98199 | By: /s/ Michael A. Barcott (per email authority)<br>Michael A. Barcott, WSBA #13317<br>By: /s/ Daniel Barcott (per email authority)<br>Michael A. Barcott, WSBA #50282 |

STIPULATION FOR FILING SECOND AMENDED COMPLAINT - 1
CASE NO. 2:19-cv-01070-RSL

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington  98199
T (206) 729-5252 ♦ F (206) 729-1012

| | |
|---|---|
| 1 | Telephone: (206) 729-5252<br>Fax: (206) 729-1012 |
| 2 | Email: john@merriam-maritimelaw.com<br>***Attorney for Plaintiff Yacouba Diarra*** |

999 Third Avenue, Suite 2600
Seattle, WA 98104
Telephone: (206) 292-8008
Fax: (206) 340-0289
Email: mbarcott@hwb-law.com
Email: dbarcott@hwb-law.com
***Attorneys for Defendants Coastal Alaska Premier Seafoods, LLC, and F/V Deep Pacific LLC***

## ORDER

Pursuant to Fed. R. Civ. P. 15(a)(2) and stipulation by the parties, the Clerk is directed to file the attached Amended Complaint.

DONE this 12th day of December, 2019.

_____
ROBERT S. LASNIK
United States District Judge

***Presented By:***

LAW OFFICE OF JOHN MERRIAM

By: /s/ John W. Merriam
John W. Merriam, WSBA #12749
4005 20th Avenue West, Suite 110
Seattle, WA 98199
Telephone: (206) 729-5252
Fax: (206) 729-1012
Email: john@merriam-maritimelaw.com
***Attorney for Plaintiff Yacouba Diarra***

STIPULATION FOR FILING SECOND AMENDED COMPLAINT - 2
CASE NO. 2:19-cv-01070-RSL

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington 98199
T (206) 729-5252 ♦ F (206) 729-1012