UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| YACOUBA DIARRA,<br><br>        Plaintiff,<br><br>vs.<br><br>COASTAL ALASKA PREMIER SEAFOODS, LLC, AND F/V DEEP PACIFIC LLC, IN PERSONAM; THE F/V DEEP PACIFIC, OFFICIAL NUMBER 640128, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM,<br><br>        Defendants. | Case No. 2:19-cv-01070-RSL<br><br>AT LAW AND IN ADMIRALTY<br><br>**ORDER ON UNOPPOSED MOTION TO CONFIRM ARBITRABLE AWARD** |

    This Court having reviewed the plaintiff's unopposed motion to confirm arbitrable award (Dkt. # 33) and the related praecipe to attach document (Dkt. # 34), and having reviewed the entirety of the files herein; it is hereby,

    ORDERED, JUDGED and DECREED that the plaintiff's unopposed motion to confirm arbitrable award is granted. The Clerk is directed to enter judgment in the amount of $50,000 against the Coastal Alaska Premier Seafoods, LLC, and F/V Deep Pacific LLC and in favor of plaintiff, as set forth in the arbitration award (Dkt. # 34-1).

ORDER ON UNOPPOSED MOTION TO CONFIRM ARBITRABLE
AWARD- 1

Dated this 3rd day of February, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ON UNOPPOSED MOTION TO CONFIRM ARBITRABLE AWARD- 2